IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01160-WYD-PAC

CARL FRITZEN,

      Plaintiff(s),

v.

OSI COLLECTION SERVICES, INC., a Delaware corporation; and
JULIE "DOE," whose true name is unknown,

      Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

      The parties have filed a Stipulated Motion to Dismiss with Prejudice.  After a careful review of the Stipulated Motion and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

      ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

      Dated this <u>11th</u> day of October, 2005.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      United States District Judge